# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CR Misc No. |
|---|---|
| PLAINTIFF(S) | 2:25-CM-00028 |
| In Re Criminal Duty Matter | **NOTICE TO DISTRICT COURT OF CRIMINAL DUTY FILING** |

> **This notice must be submitted with every criminal duty matter filed by the United States Attorney's Office and handled by the district judges of this court. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**

Title(s) of document(s) making up current duty filing:

1. Ex Parte Application for Order Extending for Sixty Days the Deadline for Providing Notice of Administrative Forfeiture Pursuant to 18 U.S.C. § 983(A)(1)(C); Memorandum of Points and Authorities; Certification of Vicki L. Rashid and Declaration of Albert Polito; [Proposed] Order
2. Ex Parte Application for Order Sealing Contents of File; Memorandum of Points and Authorities; [Proposed] Order

The United States of America hereby informs the Court that the above-reference criminal duty filing *(Check all that apply and provide appropriate information):*

a) ☒ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned

   *(provide case number(s) and assigned judge(s) for all related criminal duty matters):*

Respectfully submitted:

Mar 4, 2025
_____
Date

By  Alexander Su
_____
Assistant United States Attorney